UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE FROM THE
DISTRICT COURT GDANSK-NORTH,
POLAND IN THE MATTER OF

HALINY CZERNIAWSKIEJ           Case No: 6:17-mc-40-ORL-41-GJK

    Plaintiff

v.

ANDRZEJA MALESZKA

    Defendant
_____/

**APPLICATION FOR ORDER UNDER 28 U.S.C. §1782(a)**

# EXHIBIT A

## REQUEST / DEMANDE / WNIOSEK

FOR OBTAINING EVIDENCE OR PERFORMING SOME OTHER JUDICIAL ACT
Par commission rogatoire, d'accomplir des actes d'instruction ou d'autres actes judiciaires
O przeprowadzenie dowodu lub wykonanie innych czynności sądowych.
COURT
Tribunal ( l'autorité requérante)
*Sąd Rejonowy Gdańsk-Północ w Gdańsku*
*XIII Wydział Cywilny*
*ul. Piekarnicza 10*
*80-126 Gdańsk*
IN *Regional Court Gdańsk-North in Gdańsk, XIII Civil Department*
à
W *Gdańsku*
THE REPUBLIC OF POLAND
République de Pologne
Rzeczpospolita Polska

REFERENCE NUMBER OF THE CASE
(REPLYING PLEASE GIVE THE REFERENCE NUMBER)
Numéro de référence du dossier
( à mentionner dans la réponse )
Sygnatura sprawy *XIII Ns 449/12, Adm.Oz.652-1553/13*
(sygnaturę proszę podać przy odpowiedzi) Adm-572-M20/12-02
TO
(THE DESCRIPTION OF THE REQUESTED AUTHORITY)
A
(désignation de l'autorité requise)
Do: *Department of Justice of the United States Office of International Judical Assistance Washington D.C. 20530 USA*
(nazwa organu wezwanego)

PLAINTIFF/PETITIONER
FIRST NAME, LAST NAME, ADDRESS OR THE PLACE OF RESIDENCE OF ENTITY)
Demandeur/Demanderesse
(prenom, nom, domicile, nom et siège pour personne morale)
W sprawie z wniosku *Haliny Czerniawskiej adres do korespondencji: adw. Zdzisław Trzebicki Zespół Adwokacki Nr 5 ul. Władysława IV/57 81-384 Gdynia, Polska*
(imię, nazwisko, adres lub nazwa i siedziba osoby prawnej)
REPRESENTED BY
(FIRST NAME, LAST NAME, ADDRESS OF THE LEGAL REPRESENTATIVE)
représenté(e) par
(prenom, nom, domocile du mandataire)
reprezentowanego przez: *adw. Zdzisław Trzebicki Zespół Adwokacki Nr 5 ul. Władysława IV/57 81-384 Gdynia, Polska*
(imię, nazwisko, adres pełnomocnika)
VERSUS:DEFENDER
(FIRST NAME, LAST NAME, ADDRESS OR THE PLACE OF RESIDENCE OF ENTITY)
contre: défendeur/ défenderesse
(prenom, nom, domicile, nom et siège pour personne morale)
z udziałem *Andrzeja Maleszka 4452 Meadow Creek Cir., Sarasota FL 34233, USA*
*Joanna Ciosmak ul. Rydla 48/31, 70-783 Szczecin, Polska*
(imię, nazwisko, adres lub nazwa i siedziba osoby prawnej)
REPRESENTED BY
(FIRST NAME, LAST NAME, ADDRESS OF THE LEGAL REPRESENTATIVE
représenté(e) par
(prenom, nom, domicile du mandataire)
reprezentowanemu przez:
(imię, nazwisko, adres pełnomocnika)

KIND AND THE SUBJECT OF THE PROCEEDINGS:
la nature et l'objet litige:
rodzaj i przedmiot postępowania:
*o zmianę notarialnego aktu poświadczenia dziedziczenia po Mirosławie Zbigniewie Maleszka / for a change of the notarised deed of certification of succession after Mirosław Zbigniew Malaszka*

PURSUANT TO THE ARTICLE 1 OF THE CONVENTION OF MARCH 18TH, 1970 ON THE TAKING OF EVIDENCE ABROAD IN A CIVIL OR COMMERCIAL MATTERS THE COURT KINDLY REQUESTS FOR:

Le tribunal sesmentionné demande par commission rogatoire (Convention sur l'obtention des preuves à l'étranger en matière civile ou commerciale, du 18 mars 1970, article 1):
Zgodnie z art. 1 Konwencji z dnia 18 marca 1970 o przeprowadzenie dowodów za granicą w sprawach cywilnych i handlowych uprzejmie prosi o:

1) **HEARING THE WITNESS**/PARTHY
(FIRST NAME, LAST NAME, ADDRESS)
d'entendre le témoin/la partie
(prenom, nom, domicile)
przesłuchanie świadka
*Urszula Kaczmarczyk 295 Montego Bay Ct. Merrit Island FL 32953 USA*
(imię, nazwisko, adres)
THE LIST OF THE QUESTIONS ATTACHED.
Questionnaire de commission rogatoire ci-joint.
Lista pytań w załączeniu.

THE COURT KINDLY REQUESTS FOR HEARING **WITNESS**/PARTY:
Le Tribunal demande à ce que dépositions du témoin/de la partie:
Sąd uprzejmie prosi, aby zeznania strony:
**AFTER INFORMING HIM ON CRIMINAL LIABILITY FOR FALSE OR MISLEADING STATEMENTS/ AFTER TAKING AN OATH IN THE APPROPRIATE WAY PROVIDET BY LAW IN FORCE***
ayant été rendu(e) attentif (attentive) aux sanctions pénales encourues pour faux témoignage/ après avoir prêté serment (fait promesse) dans le respect des formes prescrites par la loi locale applicable*
po uprzedzeniu o odpowiedzialności karnej za złożenie fałszywych zeznań/ po odebraniu przyrzeczenia (przysięgi) w formie przewidzianej prawem miejscowym* (zaznacz właściwe)
THAT SHOULD BE RECORDED AND SIGNED BY THE PERSON IN QUESTION.
soient consignées dans le procès-verbal et signée par la personne entendue.
zostały zaprotokołowane i własnoręcznie przez przesłuchaną podpisane.

2) PERFORMING SOME OTHER JUDICIAL ACTS:
de procéder à d'autres actes judiciaires:
o dokonanie innych czynności sądowych:
THE MENTIONED BELOW PERSON(S) SHOULD BE INFORMED ON THE DATE AND PLACE OF PERFORMING THE EVIDENCE:
La date et le lieu de l'exécution de la commission rogatoire doivent être communiquéa à:
O terminie i miejscu przeprowadzenia czynności dowodowej należy zawiadomić:
THE COURT KINDLY ASKS FOR PROVIDING THE RECORDS OR ANY OTHER DOCUMENTS WHICH WERE DONE IN THE CASE TO THE REQUESTING AUTHORITY AFTER EXECUTION OF THE REQUEST.
Ayant exécuté la commission rogatoire l'autorité requise est priée de remettre à l'autorité requérante le procès-verbal ou tout autre document dressé au cours de l'instruction de la mesure sollicitée.
Po wykonaniu wniosku Sąd uprzejmie prosi o przesłanie protokołu bądź innych dokumentów sporządzonych w sprawie do organu wzywającego.

SEAL OF THE COURT/Sceau du Tribunal/ Pieczęć Sądu
*Przewodniczący XIII Wydziału Cywilnego Sądu Rejonowego Gdańsk-Północ w Gdańsku*
Chairman of XIII Civil Department at the Regional Court Gdańsk-North in Gdańsk

*SSR Monika Studzienna-Pawlak*
SATURE OF JUDGE/Signature du Juge/ Podpis Sędziego

DONE AT/THE
Fait à/le
Sporządzono w *Gdańsku* dnia **01.03.2016 r.**

Rzeczpospolita Polska
Sąd Rejonowy Gdańsk - Północ w Gdańsku
XIII Wydział Cywilny
ul. Piekarnicza 10
80-126 Gdańsk
**Sygnatura akt XIII Ns 449/12**
Dnia 12 stycznia 2016r.

### Department of Justice of the United States
### Office of International Judicial Assistance
### Washington D.C. 20530
### USA

Przed Sądem Rejonowym Gdańsk-Północ w Gdańsku, Rzeczpospolita Polska na wniosek Haliny Czerniawskiej toczy się postępowanie o zmianę notarialnego aktu poświadczenia dziedziczenia po Mirosławie Zbigniewie Maleszka zmarłym w dniu 31 maja 2011 roku w Melrose Park w szpitalu Gottlieb Memorial Hospital.

W toku postępowania ustalono, że przed notariuszem został sporządzony akt poświadczenia dziedziczenia po Mirosławie Zbigniewie Maleszka, w którym stwierdzono, że spadek po spadkodawcy dziedziczy jego brat Andrzej Stanisław Maleszka w całości na podstawie ustawy. Wnioskodawczyni Halina Czerniawska domaga się w niniejszym postępowaniu zmiany tego aktu poświadczenia dziedziczenia poprzez orzeczenie, że spadek po zmarłym Mirosławie Zbigniewie Maleszka nabyła ona na podstawie testamentu. Halina Czerniawska złożyła dwa testamenty spadkodawcy, w których Mirosław Zbigniew Maleszka powołuje ją do całości spadku. Uczestnik Andrzej Stanisław Maleszka zakwestionował ważność tych testamentów, wskazując między innymi, że spadkodawca chorował na nowotwór wątroby i w związku z tym podawano mu leki wpływające na jego świadomość, a nadto wskazywał, że spadkodawca nie znał języka angielskiego w stopniu umożliwiającym mu zrozumienie treści testamentu sporządzonego w języku angielskim.

**Świadek Wiesław Kaczmarczyk zamieszkuje w USA.**

W związku z powyższym Sąd Rejonowy Gdańsk-Północ w Gdańsku zwraca się z prośbą o odebranie od świadka oświadczenia w formie odpowiedzi na pytania jak niżej, po uprzednim pouczeniu o obowiązku mówienia prawdy. Zgodnie z artykułem 233 polskiego kodeksu karnego, kto, składając zeznanie mające służyć za dowód w postępowaniu sądowym lub w innym postępowaniu prowadzonym na podstawie ustawy, zeznaje nieprawdę lub zataja prawdę, podlega karze pozbawienia wolności do lat 3 oraz po odebraniu przyrzeczenia o treści:

"Świadomy znaczenia mych słów i odpowiedzialności przed prawem przyrzekam uroczyście, że będę mówił szczerą prawdą, niczego nie ukrywając z tego, co mi jest wiadome"

**LISTA PYTAŃ**

**pytania Sądu:**

1. czy świadek widział się ze spadkodawcą Mirosławem Maleszka w 2010 roku, w szczególności w lipcu i sierpniu 2010 roku;
2. w jakim stanie zdrowia był wówczas Mirosław Maleszka;
3. czy świadek wie jakie leki przyjmował w tym czasie Mirosław Maleszka;
4. czy świadek zaobserwował we wskazanym okresie u Mirosława Maleszka zachowania odbiegające od normy, jeśli tak to jakie.

**pytania wnioskodawczyni:**

1. czy wiadomo Panu w jakiej sprawie został Pan wezwana w celu przesłuchania w charakterze świadka?
2. czy włada Pan językiem polskim?
3. jaki jest Pana stopień zaawansowania w języku angielskim?
4. jak długo przebywa Pan na terytorium USA?
5. czy zna Pan osobiście Andrzeja Maleszka, Halinę Czerniawską i czy znał Pan zmarłego Mirosława Maleszka?
6. jakiego rodzaju była to znajomość? jak często i w jaki sposób utrzymywał Pan kontakt z tymi osobami?
7. na jakiej podstawie ocenia Pan poziom znajomości języka angielskiego przez spadkodawcę Mirosława Maleszka?
8. proszę wskazać okoliczności, w których spadkodawca w Pana ocenie nie wykazał się znajomością języka angielskiego?
9. czy Pana znajomość języka jest wystarczająca dla wyrażenia takiej oceny?

**pytania uczestnika:**

1. czy znał Pan zmarłego Mirosława Maleszka?
2. kiedy i w jakich okolicznościach poznał Pan Mirosława Maleszka?
3. ile czasu trwała Pana znajomość z Mirosławem Maleszka?
4. jak często spotykał się Pan z Mirosławem Maleszka?
5. czy według Pana wiedzy Mirosław Maleszka posługiwał się językiem angielskim w stopniu pozwalającym na sporządzenie ze zrozumieniem testamentu w tym języku?
6. na czym opiera Pan swoją ocenę znajomości języka angielskiego przez Mirosława Maleszka?
7. proszę opowiedzieć o relacjach Mirosława Maleszka z bratem Andrzejem Maleszka. W szczególności, czy bracia utrzymywali ze sobą kontakt, czy pomagali sobie?
8. jeżeli zna Pan konkretne przykłady, jak bracia sobie pomagali, proszę je podać.
9. jeżeli Mirosław Maleszka opowiadał Panu o swoich relacjach z bratem proszę powiedzieć, co mówił
10. jeżeli Andrzej Maleszka opowiadał Panu o swoich relacjach z bratem, proszę powiedzieć, co mówił?
11. czy wiadomo Panu aby Mirosław Maleszka zamierzał wydziedziczyć swojego brata?
12. proszę opowiedzieć o relacjach Mirosława Maleszka z Panią Haliną Czerniawską.
13. jeżeli Mirosław Maleszka opowiadał Panu o swoich relacjach z Panią Haliną Czerniawska, proszę powiedzieć, co mówił?
14. jeżeli Pani Halina Czerniawska opowiadała Panu o swoich relacjach z Mirosławem Maleszka, proszę powiedzieć, co mówiła.

Sąd Rejonowy Gdańsk – Północ w Gdańsku XIII Wydział Cywilny z góry wyraża podziękowanie za załatwienie powyższej prośby.