UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE FROM THE
DISTRICT COURT GDANSK-NORTH,
POLAND IN THE MATTER OF

HALINY CZERNIAWSKIEJ            Case No: 6:17-mc-_40-ORL-41-GJK_

     Plaintiff

v.

ANDRZEJA MALESZKA

     Defendant
_____/

## APPLICATION FOR ORDER UNDER 28 U.S.C. §1782(a)

# EXHIBIT B

Certified translation from the Polish language ----------------------------------------------------------------------------
=========================================================================================
Republic of Poland
Gdańsk-North District Court in Gdańsk
13ᵗʰ Civil Law Division
[Sąd Rejonowy Gdańsk-Północ w Gdańsku
XIII Wydział Cywilny]
ul. Piekarnicza 10
80-126 Gdańsk
Case No. XIII Ns 449/12
Date: 12 January 2016

Department of Justice of the United States
Office of International Judicial Assistance
Washington D.C. 20530
USA

Proceedings are pending before the Gdańsk-North District Court in Gdańsk, the Republic of Poland, as brought before the court by the application by Halina Czerniawska for a change of the notarised deed of certification of succession after Mirosław Zbigniew Maleszka, who died on 31 May 2011 in Melrose Park, the Gottlieb Memorial Hospital.

It was established in the course of the proceedings that a deed of certification of succession after Mirosław Zbigniew Maleszka was drawn up before a notary public. It was stated in the deed that the testator's entire estate was to be inherited by his brother, Andrzej Stanisław Maleszka, on the basis of law. In these proceedings the applicant, Halina Czerniawska, demands an amendment to that deed of certification of succession by declaring that the estate of late Mirosław Zbigniew Maleszka was acquired by her on the basis of a last will. Halina Czerniawska filed the testator's two last wills in which Mirosław Zbigniew Maleszka appoints her a heir inheriting the entire estate. The participant, Andrzej Stanisław Maleszka, challenged the validity of those last wills while indicating that, among other things, the testator suffered from liver cancer and, in relation to that, was given medicines influencing his consciousness; the participant also indicated that the testator had not known English to the extent which enabled him to understand the contents of the will made in English.

#### Witness Urszula Kaczmarczyk resides in the USA.

In relation to the above, the Gdańsk-North District Court in Gdańsk requests that a statement be taken from the witness in the form of a reply to the questions below, after the witness was cautioned about the obligation to tell the truth: In accordance with Article 233 of the Polish Penal Code, any person who, when making a deposition which is to serve as evidence in judicial proceedings or in any other proceedings conducted pursuant to the law, says untruth or hides away the truth, is liable to a penalty of the deprivation of freedom for up to 3 years; and after taking the following promise:

"Aware of the meaning of my words and legal liability, I solemnly promise that the evidence I shall give shall be the truth, the whole truth and nothing but the truth."

| | |
|---|---|
| [round seal with the state emblem of the Republic of Poland in the centre and inscription in the rim:] GDANSK-NORTH DISTRICT COURT IN GDANSK 13 | [oblong stamp:] HEAD of the 13ᵗʰ Civil Law Division of the Gdańsk-North District Court in Gdańsk [illegible signature] Monika Studzienna-Pawlak District Court Judge |

=========================================================================================
I certify that the foregoing is a true and correct translation of the original document. Reg. No. 34/2016
Gdańsk, Poland, 1 February 2016 -----------------------------------------------------------------------------------------

Ireneusz Gorczyński
Sworn Translator of the English Language in Gdańsk
Licence TP/521/05

[Certified translation from the Polish language, page 1 / 1, Reg. No. 34/2016]

Certified translation from the Polish language -----------------------------------------------------------------------------
================================================================================
**LIST OF QUESTIONS:**

**The Court's questions:**

1. Did you as a witness see the testator Mirosław Maleszka in 2010, in particular in July and August 2010?
2. What was Mirosław Maleszka's health state at that time?
3. Do you as a witness know which medicines Mirosław Maleszka took at that time?
4. In the period indicated, did you as a witness notice any non-standard behaviour of Mirosław Maleszka, if so, what kind of behaviour?

**The applicant's questions:**

1. Do you know in which matter you were summoned to be heard as a witness?
2. Do you have a good command of Polish?
3. What is your level of English?
4. How long have you been staying in the USA?
5. Do you personally know Andrzej Maleszka and Halina Czerniawska and did you know late Mirosław Maleszka?
6. What kind of acquaintance was that? How often and in which way did you keep contact with those persons?
7. On which basis do you assess the level of English of the testator Mirosław Maleszka?
8. Please indicate the circumstances in which the testator did not, in your opinion, demonstrate the knowledge of English.
9. Is your knowledge of the language sufficient to give such an assessment?

**The participant's questions:**

1. Did you know late Mirosław Maleszka?
2. When and in which circumstances did you first meet Mirosław Maleszka?
3. How long have you known Mirosław Maleszka?
4. How often did you meet with Mirosław Maleszka?
5. To the best of your knowledge, did Mirosław Maleszka use English to the extent which was sufficient to make and understand the last will in that language?
6. What are the grounds for your assessment of the knowledge of English by Mirosław Maleszka?
7. Please talk about the relationships of Mirosław Maleszka with his brother Andrzej Maleszka. In particular, did the brothers stay in touch, did they help each other?
8. If you know specific examples of how the brothers helped each other, please give those examples.
9. If Mirosław Maleszka told you about his relationships with his brother, please talk about what he was saying.
10. If Andrzej Maleszka told you about his relationships with his brother, please talk about what he was saying.
11. Do you know if Mirosław Maleszka intended to disinherit his brother?
12. Please talk about the relationships of Mirosław Maleszka with Ms Halina Czerniawska.
13. If Mirosław Maleszka told you about his relationships with Ms Halina Czerniawska, please talk about what he was saying.
14. If Ms Halina Czerniawska told you about her relationships with Mirosław Maleszka, please talk about what she was saying.

The Gdańsk-North District Court in Gdańsk, 13th Civil Law Division, wishes to thank you in advance for granting the above request.

[round seal with the state emblem of the Republic of Poland in the centre and inscription in the rim:]
GDAŃSK-NORTH DISTRICT COURT IN GDANSK 13

[oblong stamp:]
HEAD of the 13th Civil Law Division of the Gdańsk-North District Court in Gdańsk
[illegible signature]
Monika Studzienna-Pawlak
District Court Judge
================================================================================
I certify that the foregoing is a true and correct translation of the original document. Reg. No. 35/2016
Gdańsk, Poland, 1 February 2016 -----------

Ireneusz Gorczyński
Sworn Translator of the English Language in Gdańsk
Licence TP/521/05

Za zgodność z oryginałem
Swiadczy/tłumacz przysięgły
[Anna Majewska]

[Certified translation from the Polish language, page 1 / 1. Reg. No. 35/2016]